# Exhibit A

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**PROTECTIVE LIFE INSURANCE COMPANY**
P.O. Box 2606  Birmingham, AL 35202

DISBURSEMENT ACCOUNT

CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE

64-975/612

CHECK NO.
08061875

PAY  THIRTY-FIVE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS SIXTY-FOUR CENTS
TO THE ORDER OF

JASMINE JAMISON
2445 MELVILLE RD
NORTH CHARLESTON, SC 29406

DATE
04/06/21

CHECK AMOUNT
*****35,422.64

Wells Fargo Bank, N.A.

AUTHORIZED SIGNATURE

REDACTED

REDACTED

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

PROTECTIVE LIFE INSURANCE COMPANY
P.O. Box 2606  Birmingham, AL 35202

DISBURSEMENT ACCOUNT

CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE

64-975 / 612

CHECK NO. 08061879

PAY THIRTY-FIVE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS SIXTY-FIVE CENTS
TO THE ORDER OF

NELTASHA MIDDLETON
6191 NW 27TH ST
MARGATE, FL 33063

DATE 04/06/21

CHECK AMOUNT *****35,422.65

Wells Fargo Bank, N.A.

AUTHORIZED SIGNATURE

REDACTED



**PROTECTIVE LIFE INSURANCE COMPANY**
P.O. Box 2606   Birmingham, AL 35202

CHECK VOID IF NOT PRESENTED
WITHIN 90 DAYS FROM DATE

64-975
612

CHECK NO.

DISBURSEMENT ACCOUNT

08067364

PAY  THIRTY-FIVE THOUSAND FIVE HUNDRED FIFTY-THREE DOLLARS EIGHTY-FIVE CENTS
TO THE ORDER OF

DATE
04/22/21

CHECK AMOUNT
*****35,553.85

NELESHA MIDDLETON
2445 MELVILLE RD
NORTH CHARLESTON, SC 29406

AUTHORIZED SIGNATURE

Wells Fargo Bank, N.A.

REDACTED



REDACTED

REDACTED

DETACH ALONG DOTTED LINE AND CASH IMMEDIATELY

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

| PROTECTIVE LIFE INSURANCE COMPANY | CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE | 84-975 / 612 | CHECK NO. |
|---|---|---|---|
| P.O. Box 2606  Birmingham, AL 35202 | | | 08061880 |
| DISBURSEMENT ACCOUNT | | | |

PAY  THIRTY-FIVE THOUSAND SEVEN HUNDRED TWENTY-TWO DOLLARS SEVENTY CENTS
TO THE ORDER OF

CRYSTAL ROBINSON TILLY
2445 MELVILLE RD
NORTH CHARLESTON, SC 29406

DATE  04/06/21

CHECK AMOUNT  *****35,722.70

*[signature]*

AUTHORIZED SIGNATURE

Wells Fargo Bank, N.A.

**REDACTED**

REDACTED

ENDORSE CHECK HERE

DO NOT SIGN - WRITE - STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**PROTECTIVE LIFE INSURANCE COMPANY**
P.O. Box 2606   Birmingham, AL 35202

DISBURSEMENT ACCOUNT

CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE

64-975 / 612

CHECK NO. 08083949

PAY THIRTY-FIVE THOUSAND NINE HUNDRED SIXTY-NINE DOLLARS FORTY-NINE CENTS
TO THE ORDER OF

ANDRE MIDDLETON
277 WEST 13490 SOUTH #C218
DRAPER, UT 84020

DATE 06/15/21

CHECK AMOUNT *****35,969.49

AUTHORIZED SIGNATURE

Wells Fargo Bank, N.A.

REDACTED

REDACTED

ENDORSE CHECK HERE

X Andre B. Middleton

DO NOT SIGN - WRITE - STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

PROTECTIVE LIFE INSURANCE COMPANY REDACTED
P.O. Box 2606 Birmingham, AL 35202

CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE

64-975
612

CHECK NO.
08061877

DISBURSEMENT ACCOUNT

PAY THIRTY-FIVE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS SIXTY-FOUR CENTS
TO THE ORDER OF

SERENA MIDDLETON
5024 SW 24TH ST
WEST PARK, FL 33023

DATE 04/06/21

CHECK AMOUNT *****35,422.64

AUTHORIZED SIGNATURE

Wells Fargo Bank, N.A.

REDACTED

REDACTED

ENDORSE CHECK HERE

Serena M<!-- signature -->

DO NOT SIGN - WRITE - STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**PROTECTIVE LIFE INSURANCE COMPANY**
P.O. Box 2606  Birmingham, AL 35202

CHECK VOID IF NOT PRESENTED WITHIN 90 DAYS FROM DATE

64-975/612

CHECK NO.

DISBURSEMENT ACCOUNT

08061876

PAY  THIRTY-FIVE THOUSAND FOUR HUNDRED TWENTY-TWO DOLLARS SIXTY-FOUR CENTS
TO THE ORDER OF

TAMARA ROBINSON
2445 MELVILLE RD
NORTH CHARLESTON, SC 29406

DATE  04/06/21

CHECK AMOUNT  *****35,422.64

Wells Fargo Bank, N.A.

AUTHORIZED SIGNATURE

REDACTED

REDACTED

ENDORSE CHECK HERE
Pay to Frannie Robinser
[signature]

DO NOT SIGN - WRITE - STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY

REDACTED

REDACTED

REDACTED

PROTECTIVE LIFE INSURANCE COMPANY
P.O. Box 2606  Birmingham, AL 35202

CHECK VOID IF NOT PRESENTED
WITHIN 90 DAYS FROM DATE

64-975 / 612

CHECK NO.
08060905

DISBURSEMENT ACCOUNT

PAY THREE THOUSAND SEVEN HUNDRED THIRTEEN DOLLARS AND NO CENTS
TO THE ORDER OF

EUTAWVILLE COMMUNITY FUNERAL HOME
440 PORCHER AVE
EUTAWVILLE, SC 29048

DATE 04/02/21

CHECK AMOUNT ******3,713.00

Wells Fargo Bank, N.A.

AUTHORIZED SIGNATURE

REDACTED

REDACTED

ENDORSE CHECK HERE

EUTAWVILLE
Community Funeral Home Inc.
440 Porcher Avenue
PO Box 175
Eutawville SC 29048

DO NOT SIGN - WRITE - STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USAGE ONLY