AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Serena Middleton, et. al. <br> *Plaintiff* <br> v. <br> Protective Life Insurance Company <br> *Defendant, Third-party plaintiff* <br> v. <br> Tamara Robinson, et al. <br> *Third-party defendant* | ) <br> ) <br> )  Civil Action No. 1:23-cv-22678-KMW <br> ) <br> ) <br> ) <br> ) <br> ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Tamara Robinson
121 Lakeland Circle Apt A1
Santee, South Carolina 29142

    A lawsuit has been filed against defendant   Protective Life Ins. Co.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Serena Middleton, et. al.  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Latanae L. Parker, Esq. - Maynard Nexsen, PC
9100 S. Dadeland Blvd., Ste. 1500, Miami, FL 33156
Tel: 305-735-3753, Email: lparker@maynardnexsen.com

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.P. Gonzalez-Sirgo, Esq. - J.P. Gonzalez-Sirgo, P.A.
814 Ponce De Leon Blvd., Ste 504, Coral Gables, FL 33134

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:  Jul 19, 2023



Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Serena Middleton, et. al.<br>*Plaintiff*<br>v.<br>Protective Life Insurance Company<br>*Defendant, Third-party plaintiff*<br>v.<br>Tamara Robinson, et al.<br>*Third-party defendant* | Civil Action No. 1:23-cv-22678-KMW |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Jasmine Jamison
708 Harvest Ct
Vance, South Carolina 29163

   A lawsuit has been filed against defendant   Protective Life Ins. Co.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Serena Middleton, et. al.  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Latanae L. Parker, Esq. - Maynard Nexsen, PC
9100 S. Dadeland Blvd., Ste. 1500, Miami, FL 33156
Tel: 305-735-3753, Email: lparker@maynardnexsen.com

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.P. Gonzalez-Sirgo, Esq. - J.P. Gonzalez-Sirgo, P.A.
814 Ponce De Leon Blvd., Ste 504, Coral Gables, FL 33134

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   Jul 19, 2023

Angela E. Noble
Clerk of Court



**SUMMONS**

*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Serena Middleton, et. al. </br> *Plaintiff* </br> v. </br> Protective Life Insurance Company </br> *Defendant, Third-party plaintiff* </br> v. </br> Tamara Robinson, et al. </br> *Third-party defendant* | ) ) ) ) Civil Action No. 1:23-cv-22678-KMW ) ) ) ) ) |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*   Crystal Robinson Tilly
10719 Deepbrook Drive
Riverview, Florida 33569

A lawsuit has been filed against defendant   Protective Life Ins. Co.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Serena Middleton, et. al.  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Latanae L. Parker, Esq. - Maynard Nexsen, PC
9100 S. Dadeland Blvd., Ste. 1500, Miami, FL 33156
Tel: 305-735-3753, Email: lparker@maynardnexsen.com

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.P. Gonzalez-Sirgo, Esq. - J.P. Gonzalez-Sirgo, P.A.
814 Ponce De Leon Blvd., Ste 504, Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   Jul 19, 2023

Angela E. Noble
Clerk of Court



*s/ Dimas Rodriguez*

Deputy Clerk
U.S. District Courts

**SUMMONS**