# RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 1:23-CV-22678-KMW

Plaintiff:
**SERENA MIDDLETON, ET AL**

vs.

Defendant:
**PROTECTIVE LIFE INSURANCE COMPANY, ET AL**

For:
Latanae L. Parker, Esq.
MaynardNexsen
9100 S. Dadeland Blvd
Suite 1500
Miami, FL 33156

Received by BURKE PROCESS SERVICE on the 20th day of July, 2023 at 1:01 pm to be served on **CRYSTAL ROBINSON TILLY, 10719 DEEPBROOK DRIVE, RIVERVIEW, FL 33569**.

I, Corey Bradford., do hereby affirm that on the **26th day of July, 2023** at **10:15 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS ON A THIRD-PARTY COMPLAINT, PROTECTIVE LIFE INSURANCE COMPANY'S ANSWER TO COMPLAINT FOR BREACH OF CONTRACT AND DEMAND FOR JURY TRIAL AND THIRD-PARTY COMPLAINT AGAINST TAMARA ROBINSON, JASMINE JAMISON, AND CRYSTAL ROBINSON TILLY WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **CRYSTAL ROBINSON TILLY** at the address of: **10719 DEEPBROOK DRIVE, RIVERVIEW, FL 33569**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 33, Sex: F, Race/Skin Color: Black, Height: 5'2", Weight: 155, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Corey Bradford.
CPS 07-828362

**BURKE PROCESS SERVICE**
**7200 West Camino Real**
**Suite 102**
**Boca Raton, FL 33433**
**(954) 514-0116**

Our Job Serial Number: BII-2023008952

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.0n

